IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WALKER | : | CIVIL ACTION |
| V. | : | NO. 05-2070 |
| DiGUGLIELMO, ET AL. | : | |

O R D E R

**AND NOW**, this 29th day of November, 2005, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the report and recommendation of United States Magistrate Judge Peter B. Scuderi, and no objections made thereto, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED** and **ADOPTED**.

2. The petition filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. The petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

s/William H. Yohn, Jr.
William H. Yohn, Jr., Judge